IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                            PLAINTIFF

v.                                    Civil No. 04-2267

CONTENTS OF FIRST COMMUNITY BANK OF
CRAWFORD COUNTY, ARKANSAS, ACCOUNT #13060

CONTENTS OF FIRST COMMUNITY BANK OF
CRAWFORD COUNTY, ARKANSAS, ACCOUNT #13159

and

CONTENTS OF BANK OF THE OZARKS, VAN BUREN,
ARKANSAS, ACCOUNT #2017000460                                                    DEFENDANTS

**O R D E R**

Comes on for consideration the motion for protective order filed by claimant Jose Mancilla, represented by attorney Milton DeJesus.

Mancilla states he was served with plaintiff's first set of interrogatories and requests for production on July 11, 2005, but cannot answer the interrogatories because documents needed to respond were seized by the plaintiff and not returned. Plaintiff responded that the DEA will return the documents on or before September 1, 2005, and all claimants should have 30 days thereafter in which to respond to the discovery.

The motion for protective order is hereby denied. The DEA is returning the documents and the United States does not object to an extension of time for the claimants to respond to the

discovery. Assuming the documents are returned on or before September 1, 2005, Mancilla and the other claimants have until and including October 1, 2005, within which to respond to the discovery.

IT IS SO ORDERED this 22nd day of August 2005.

/s/Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE